## Catherine Luse, Appellee, v. City of Chicago, Appellant.

Gen. No. 42,433.

Heard in the third division, first district, this court at the October term, 1942; opinion filed February 2, 1944. Barnet Hodes, Corporation counsel, for appellant; James A. Velde and L. Louis Karton, Assistant corporation counsel, of counsel; Erwin W. Roemer, for appellee; Charles T. Shanner, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.